AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**THOMAS L. JUSTUS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

    **CASE NO.  2:12-cv-126**

**MICHAEL J. ASTRUE,**     **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**     **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**
**SOCIAL SECURITY,**

    **Defendant.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 8, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 8, 2013     JOHN P. HEHMAN, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk